IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Jerry Davis, #270224, | ) Civil Action No.: 3:12-1364-MGL |
| Plaintiff, | ) |
| vs. | ) AMENDED ORDER AND OPINION |
| P. Drago, | ) |
| Defendant. | ) |

Plaintiff Jerry Davis, a state prisoner proceeding *pro se*, filed this action pursuant to 42 U.S.C. § 1983 alleging Defendant P. Drago has not provided him appropriate medical care. Plaintiff is currently housed at the Evans Correctional Institution in Bennettsville, South Carolina. Plaintiff seeks a prison transfer and medical treatment in a hospital. In accordance with 28 U.S.C. § 636(b)(1) and Local Civil Rule 73.02 D.S.C., this matter was referred to United States Magistrate Judge Joseph R. McCrorey for pretrial handling. On June 12, 2012, Magistrate Judge McCrorey issued a Report and Recommendation recommending *inter alia* that the court dismiss Plaintiff's complaint without prejudice due to Plaintiff's failure to exhaust his administrative remedies.

The Magistrate Judge makes only a recommendation to this court. The recommendation has no presumptive weight. The responsibility to make a final determination remains with this court. *See Mathews v. Weber*, 423 U.S. 261, 270-71 (1976). The court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1). The court may also receive further evidence or recommit the matter to the Magistrate Judge with instructions. *Id.* The portions of the Report and Recommendation to which specific

objections are made. On June 12, 2012, Plaintiff was advised of his right to file objections to the Report and Recommendation. (Dkt. #8 at 7). However, he has not done so. In the absence of a timely filed objection, a district court need not conduct a *de novo* review, but instead must "only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005).

After a careful review of the record, the applicable law, and the Report and Recommendation, the court finds the Magistrate Judge's recommendation to be proper. Accordingly, the Report and Recommendation is incorporated herein by reference and this action is DISMISSED without prejudice and without service of process.

IT IS SO ORDERED.

/s/ Mary G. Lewis
United States District Judge

Spartanburg, South Carolina
September 5, 2012.